UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Andrew Pope
Joshua Rave
On behalf of themselves and
all others similarly situated

    **Plaintiffs**

    v.                                               Case No. 15-CV-486

**Fish Window Cleaning Services Inc.**

    **Defendant.**

## NOTICE OF APPEAL

Please take notice that Plaintiffs, Andrew Pope and Joshua Rave, hereby appeal to the United States Court of Appeals for the Seventh Circuit the District Court's order dated January 11, 2016 (Docket #98), which both incorrectly granted Fish Window Cleaning Services Inc.'s motion for summary judgment (Docket #53), and incorrectly denied the Plaintiffs' motion for leave to file a Second Amended Complaint (Docket #78).

Dated this 9th day of October, 2017.

                                            /s/Yingtao Ho
                                            Yingtao Ho (SBN #1045418)
                                            yh@previant.com
                                            THE PREVIANT LAW FIRM, S.C.
                                            310 W. Wisconsin Ave. Suite 100MW
                                            Milwaukee, WI 53202
                                            (414) 271-4500
                                            (414) 271-6308 FAX

                                            Attorneys for Plaintiffs